IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| DAWN RUCKER, | ) | 8:10CV170 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | MEMORANDUM |
| | ) | AND ORDER |
| STATE OF IOWA, and UNITED STATES DISTRICT COURT, | ) ) | |
| | ) | |
| Defendants. | ) | |

This matter is before the court on Plaintiff's Motion for Recusal. (Filing No. 5.) In Plaintiff's Motion for Recusal, Plaintiff, liberally construed, requests that United States District Court Judge Richard G. Kopf recuse himself from this matter. (*Id.* at CM/ECF p. 1.) However, because Judge Kopf is not presiding over this matter, Plaintiff's Motion is denied as moot.

IT IS THEREFORE ORDERED that: Petitioner's Motion for Recusal (filing no. 5) is denied as moot.

DATED this 7th day of June, 2010.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge