IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| DAWN RUCKER, | ) |
| Plaintiff, | ) 8:10cv170 |
| v. | ) |
| STATE OF IOWA, and UNITED STATES DISTRICT COURT, | ) ORDER |
| Defendants. | ) |

This matter is before the court on the court's own motion. On May 3, 2010, Plaintiff paid the filing fee of $350.00 with money order #17313656488 in the amount of $386.00. Therefore, the filing fee overpayment of $36.00 received, should be returned to the Plaintiff.

IT IS ORDERED that the Clerk return the $36.00 overpayment to the Plaintiff at her last know address.

DATED: October 6, 2010.

BY THE COURT:

s/ Joseph F. Bataillon
Chief United States District Judge