### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **DAWN RUCKER,** | ) | **CASE NO. 8:10CV170** |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| v. | ) | **MEMORANDUM** |
| | ) | **AND ORDER** |
| **STATE OF IOWA, and UNITED** | ) | |
| **STATES DISTRICT COURT,** | ) | |
| | ) | |
| **Defendants.** | ) | |

This matter is before the court on Plaintiff's Motion to Change Venue (Filing No. 21) and Motion to Reschedule Hearing (Filing No. 22). For the most part, these Motions are indecipherable. However, to the extent Plaintiff seeks for this matter to be transferred to another jurisdiction, the court dismissed this matter and entered judgment on January 31, 2011, and, therefore, all jurisdictional issues are now moot. Furthermore, to the extent Plaintiff seeks to reschedule a hearing in this matter, no hearings are currently scheduled. Accordingly,

IT IS THEREFORE ORDERED that: Plaintiff's Motion to Change Venue (Filing No. 21) and Motion to Reschedule Hearing (Filing No. 22) are denied.

DATED this 17th day of February, 2011.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge