# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| DAWN RUCKER, | ) | CASE NO. 8:10CV170 |
| Plaintiff, | ) | |
| v. | ) | MEMORANDUM |
| | ) | AND ORDER |
| STATE OF IOWA, and UNITED STATES DISTRICT COURT, | ) | |
| Defendants. | ) | |

This matter is before the court on Plaintiff's "Request for Change of Jurisdiction and Venue" (Filing No. 24), "Extraordinary Writ of Consideration Intent" (Filing No. 27), "Motion to Move the Court with Reason and Cause and Motion in Limine" (Filing No. 29), and "Motion to Move the Court with Reason and Cause" (Filing No. 30). Even under the most liberal construction, Plaintiff's Motions are indecipherable and will therefore be denied.

IT IS THEREFORE ORDERED that: Plaintiff's "Request for Change of Jurisdiction and Venue" (Filing No. 24), "Extraordinary Writ of Consideration Intent" (Filing No. 27), "Motion to Move the Court with Reason and Cause and Motion in Limine" (Filing No. 29), and "Motion to Move the Court with Reason and Cause" (Filing No. 30) are denied.

DATED this 4th day of April, 2011.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge